# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  DESIGNATION OF CHAIR OF    :  No. 381
                                              :

MINOR COURT RULES COMMITTEE    :  MAGISTERIAL RULES DOCKET

## O R D E R

**PER CURIAM:**

AND NOW, this 9th day of February, 2015, the Honorable Isaac H. Stoltzfus is hereby designated as Chair of the Minor Court Rules Committee commencing April 1, 2015.